# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CATHERINE FOSS-STAHL,

                Plaintiff,

     vs.

OUTBACK STEAKHOUSE OF FLORIDA, LLC, CERCA TROVA SOUTHWEST RESTAURANT GROUP, LLC AND DOES I-X,

                Defendants.

Case No.: 3:19-cv-00228-LRH-CBC

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT OUTBACK STEAKHOUSE OF FLORIDA, LLC WITH PREJUDICE**

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff CATHERINE FOSS-STAHL, and Defendant CERCA TROVA SOUTHWEST RESTAURANT GROUP, LLC, by and through counsel, hereby agree and stipulate that this action be dismissed as to Defendant OUTBACK STEAKHOUSE OF FLORIDA, LLC, as said Defendant is not a party to this action.

///
///
///
///
///
///
///
///
///
///

1

IT IS SO STIPULATED.

Respectfully submitted this 14th day of June, 2019.

DOTSON LAW

/s/ MARK MAUSERT

MARK MAUSERT (NSB No. 2398)
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
mark@markmausertlaw.com
*Attorney for Plaintiff*

/s/ JILL I. GREINER

ROBERT A. DOTSON (NSB No. 5285)
JILL I. GREINER (NSB No. 4276)
5355 Reno Corporate Dr, Ste 100
Reno, NV 89511
(775) 501-9400
rdotson@dotsonlaw.legal
jgreiner@dotsonlaw.legal
*Attorneys for Defendant*
*Cerca Trova Southwest Restaurant Group, LLC*

IT IS SO ORDERED.

DATED this 17th day of June, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE