# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE FOSS-STAHL,<br><br>Plaintiff,<br><br>vs.<br><br>OUTBACK STEAKHOUSE OF FLORIDA, LLC, CERCA TROVA SOUTHWEST RESTAURANT GROUP, LLC AND DOES I-X,<br><br>Defendants. | Case No.: 3:19-cv-00228-LRH-CBC<br><br>**CORRECTED STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT OUTBACK STEAKHOUSE OF FLORIDA, LLC WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff CATHERINE FOSS-STAHL, and Defendant CERCA TROVA SOUTHWEST RESTAURANT GROUP, LLC, by and through counsel, hereby agree and stipulate that this action be dismissed as to Defendant, OUTBACK STEAKHOUSE OF FLORIDA, LLC, as said entity, on present information and belief, has no involvement in the above captioned action and claims by Plaintiff.

///
///
///
///
///
///
///
///
///

1

IT IS SO STIPULATED.

Respectfully submitted this 18th day of June, 2019.

                                              DOTSON LAW

| /s/ MARK MAUSERT | /s/ JILL I. GREINER |
|---|---|
| MARK MAUSERT (NSB No. 2398) | ROBERT A. DOTSON (NSB No. 5285) |
| 729 Evans Avenue | JILL I. GREINER (NSB No. 4276) |
| Reno, NV 89512 | 5355 Reno Corporate Dr, Ste 100 |
| (775) 786-5477 | Reno, NV 89511 |
| mark@markmausertlaw.com | (775) 501-9400 |
| *Attorney for Plaintiff* | rdotson@dotsonlaw.legal |
| | jgreiner@dotsonlaw.legal |
| | *Attorneys for Defendant* |
| | *Cerca Trova Southwest Restaurant Group, LLC* |

IT IS SO ORDERED.

DATED this 18th day of June, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE