UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE FOSS-STAHL, | **Case No.:** 3:19-cv-00228-LRH-CBC |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER] FOR DISMISSAL WITH PREJUDICE** |
| CERCA TROVA SOUTHWEST RESTAURANT GROUP, LLC, and DOES I-X, | |
| Defendants. | |

Plaintiff, CATHERINE FOSS-STAHL, and Defendant, CERCA TROVA SOUTHWEST RESTAURANT GROUP, LLC, by and through their respective counsel of record, hereby stipulate and respectfully request this Court to enter an order dismissing this entire action with prejudice.

///
///
///
///
///
//
//
//
//

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

DATED this 3rd day of October, 2019.  
MARK MAUSERT LAW OFFICE

By: /s/ Mark Mausert  
MARK MAUSERT  
729 Evans Avenue  
Reno, Nevada 89512  
*Attorney for Plaintiff*

DATED this 3rd day of October, 2019.  
DOTSON LAW

By: /s/ Jill Greiner  
ROBERT A. DOTSON  
JILL I. GREINER  
5355 Reno Corporate Drive, Suite 100  
Reno, Nevada 89511  
Attorneys for Defendant

DATED this 3rd day of October, 2019.

McMILLION & HIRTENSTEINER, LLP

By: /s/ Evelina Serafini  
EVELINA M. SERAFINI  
One Pacific Plaza  
7755 Center Avenue, Suite 1100  
Huntington Beach, California 92647  
*Attorney for Defendant*

**IT IS SO ORDERED.**

DATED this 7th day of October, 2019.

_____  
LARRY R. HICKS  
UNITED STATES DISTRICT JUDGE